[File. No. 6786.]

HAROLD D. ARNOLD, Respondent, v. CASS COUNTY, NORTH DAKOTA, a Public Corporation, Appellant.

(4 NW(2d) 224.)

Opinion filed May 26, 1942.

*Ralph F. Croal,* State's Attorney, and *Roy K. Redetzke,* Assistant State's Attorney, for appellant.

*Nilles, Oehlert & Nilles,* for respondent.

PER CURIAM. This case involves precisely the same questions as those which were presented and determined in Re Peschel, ante, 14, 4 NW (2d) 194, and on the authority of the decision in that case the judgment appealed from in this case is affirmed.

CHRISTIANSON, MORRIS, BURKE, and NUESSLE, JJ., concur.

BURR, Ch. J. (dissenting). I dissent on grounds stated in the Peschel Case.